W. Zev Abramson (State Bar No. 289387)
Tatiana Karamian (State Bar No. 332564)
ABRAMSON LABOR GROUP
1700 W. Burbank Blvd.
Burbank, CA 91506
Telephone: (213) 493-6300
Facsimile: (213) 382-4083
E-mail: Wza@abramsonlabor.com
E-mail: Tatiana@abramsonlabor.com

Attorneys for Plaintiff
SHINELLE AUSTIN

Janelle J. Sahouria (State Bar No. 253699)
Kelsey F. Morris (State Bar No. 311117)
JACKSON LEWIS P.C.
50 California Street, 9th Floor,
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kelsey.Morris@jacksonlewis.com

Attorneys for Defendant
ATC HEALTHCARE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINELLE AUSTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ATC HEALTHCARE SERVICES, LLC, a Limited Liability Company; LONE TREE POST ACUTE dba YOLOCARE, a California Corporation, Preetika Doe, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-05152-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |

Plaintiff SHINELLE AUSTIN ("Plaintiff") and Defendant ATC HEALTHCARE SERVICES, LLC ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have further met and conferred on Plaintiff's Notice of Motion and Motion to Remand Pursuant to 28 U.S.C. § 1447 filed on November 16, 2023. (*See* ECF No. 9.)

THEREFORE, it is hereby stipulated and agreed by and between the undersigned Parties, through their respective counsel, that Plaintiff's motion and all related deadlines be vacated, and this case shall be remanded to the Superior Court of the State of California for the County of Contra Costa, Case No. C23-02154, where Plaintiff initially filed this case on August 29, 2023.

**IT IS SO STIPULATED.**

Dated:  February 7, 2024                                          ABRAMSON LABOR GROUP

                                                            By: */s/ Tatiana Karamian*
                                                                W. Zev Abramson
                                                                Tatiana Karamian
                                                                Attorneys for Plaintiff
                                                                SHINELLE AUSTIN

Dated: February 7, 2024                                           JACKSON LEWIS P.C.

                                                            By: */s/ Kelsey F. Morris*
                                                                Janelle J. Sahouria
                                                                Kelsey F. Morris
                                                                Attorneys for Defendant
                                                                ATC HEALTHCARE SERVICES, LLC

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's November 16, 2023 Motion to Remand Pursuant to 28 U.S.C. § 1447 be vacated, along with all related briefing deadlines.

This case is hereby remanded to the Superior Court of the State of California for the County of Contra Costa, Case No. C23-02154.

**IT IS SO ORDERED.**

Dated: February 8, 2024

Honorable Edward M. Chen
United States District Judge

4859-0191-5043, v. 1